UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-146** |
| **EMILE JONES, ET AL.** | **SECTION: "H"** |

### ORDER AND REASONS

Before the Court is Defendant, Emile Jones's Motion for Early Termination or Modification of Supervised Release (Doc. 211).

On July 16, 2025, Defendant Emile Jones filed a *pro se* motion requesting early termination of his supervised release or to modify the terms of his release. In February 2022, the Court sentenced Defendant to a term of 60 months and a four-year term of supervised release for drug-related crimes.[1] Defendant was released from federal prison in December 2023. Accordingly, Defendant has completed more than one year of his term of supervised release.

In his Motion, Defendant asks this Court to release him from further supervision or, in the alternative, modify the terms of his release to "reflect the Defendant's progress, good conduct, and demonstrated rehabilitation."[2] Defendant contends that he has been fully compliant with the terms of his release and has demonstrated his "commitment to positive, law-abiding citizen

---

[1] Defendant was sentenced to a term of 60 months as to Counts 1 & 2 of the Indictment and 46 months as to Count 3, to run concurrently.

[2] Doc. 211 at 2.

1

behavior."[3] The government opposes, alleging that Defendant has failed to fully comply with the mandatory conditions of his release by not completing an approved cognitive behavioral therapeutic treatment program.[4]

Pursuant to 18 U.S.C. § 3583(e), a district court may terminate supervised release at any time after the expiration of one year if, after considering the factors set forth in § 3553(a), "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." "The factors to be analyzed generally concern the nature of the offense, the defendant's history, public safety, and the deterrent effect."[5] The district court has broad discretion in considering requests for early termination of supervised release.[6] Courts have held that early termination "is warranted only in cases where the defendant shows changed circumstances, such as exceptionally good behavior."[7]

Here, Defendant has failed to identify any "changed circumstances" warranting early termination of his supervised release. "Compliance with the terms of supervised release and with the law alone is not enough to merit early termination; such conduct is expected and required."[8] Although the Court finds Defendant's commitment laudable, he has not identified any exceptional circumstance warranting early termination of supervision. Further, the Court finds that Defendant has not fully complied with the mandatory conditions of his supervised release in that he has not participated in an approved cognitive behavioral therapeutic treatment program.[9] While Defendant has generally

---

[3] *Id.*
[4] Doc. 214 at 3.
[5] United States v. Hayes, No. 01-311, 2013 WL 5328874, at *1 (E.D. La. Sept. 20, 2013).
[6] United States v. Jeanes, 150 F.3d 483, 484 (5th Cir. 1998).
[7] United States v. Jones, No. V-11-21, 2013 WL 2417927, at *1 (S.D. Tex. June 4, 2013).
[8] United States v. Pitman, No. 9:18-CR-16, 2022 WL 2328868, at *2 (E.D. Tex. June 28, 2022).
[9] The Court notes that Defendant's Motion does not ask to be released from the mandatory cognitive behavioral therapy condition.

asked the Court to modify the terms of his release to reflect his progress, in weighing the factors set forth in § 3553(a), the Court finds no reason to modify the conditions of his release. As such, the Court finds that continued supervision under the current conditions appropriately reflects the seriousness of his offense and satisfies the goals of public safety and deterrence.

Accordingly;

**IT IS ORDERED** that early termination or modification of supervision is not warranted, and Defendant's motion is **DENIED**.

New Orleans, Louisiana this 29th day of September, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**